**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Oscar N. Pinkas
Brian E. Greer
Leo Muchnik
Sara A. Hoffman
Jessica M. Wolfert

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**INVERSIONES LATIN AMERICA POWER LTDA.,** *et al.*,[1]<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 23-11891 (JPM)**<br><br>**(Joint Administration Requested)** |

**NOTICE OF (A) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (B) AGENDA FOR HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on November 30, 2023 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), each filed a voluntary petition (the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") has been scheduled for December 1, 2023 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable John P. Mastando III, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, in order to consider, among other things, the relief requested by the Debtors in the First Day Pleadings (as defined below). The First Day Hearing will be conducted in a hybrid format that will permit either in-person attendance or remote participation via Zoom for Government. Any person wishing to attend the First Day Hearing remotely must register their appearance using the eCourt Appearance tool, at

---

[1] The Debtors, together with each Debtor's Chilean identification number, are: Inversiones Latin America Power Ltda. (76.299.635-9); San Juan S.A. (76.319.883-9); and Norvind S.A. (76.919.070-8). The location of the corporate headquarters and the service address for Inversiones Latin America Power Ltda. is Cerro El Plomo 5680, Oficina 1202, Las Condes, Santiago, Chile.

https://www.nysb.uscourts.gov/ecourt-appearances when possible by 4:00 p.m. the day before the hearing, and no later than one hour before the scheduled hearing time. Any person who registers their appearance to participate in the First Day Hearing remotely will receive a separate email with participation information.

**PLEASE TAKE FURTHER NOTICE** that the First Day Hearing may affect your rights. Please read the below motions and application to be heard at the First Day Hearing (the "**First Day Pleadings**") carefully and, if you have one available, discuss them with your attorney. (If you do not have an attorney, you should consider consulting with one.)

**PLEASE TAKE FURTHER NOTICE** that copies of the Petitions, First Day Pleadings, and any other pleadings identified herein may be obtained free of charge through the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/ILAP.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the relief requested in the First Day Pleadings, or if you want the Court to hear your position on the First Day Pleadings, then you or your attorney must attend the First Day Hearing. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the First Day Pleadings and may enter orders granting the relief requested by the Debtors.

**PLEASE TAKE FURTHER NOTICE** that an agenda for the First Day Hearing is set forth below.

## AGENDA FOR FIRST DAY HEARING

I. **Motions and Applications to Be Heard at the First-Day Hearing**

1. **Joint Administration Motion.** *Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases* [ECF No. 2].

2. **Consolidated Creditor List Motion.** *Debtors' Motion for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors in lieu of Separate Matrices and a Consolidated List of Creditors Holding the 30 Largest Unsecured Claims* [ECF No. 3].

3. **Schedules Extension/Waiver Motion.** *Debtors' Motion for Entry of an Order Extending the Time, and, upon the Effective Date of the Plan, Waiving the Requirement to File Schedules and Statements of Financial Affairs* [ECF No. 4].

4. **Claims and Noticing Agent Application.** *Debtors' Application for Entry of an Order (A) Authorizing and Approving the Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent and (B) Granting Related Relief* [ECF No. 16]

5. **Automatic Stay Motion.** *Debtors' Motion for Entry of an Order Restating and Enforcing the Worldwide Automatic Stay, Ipso Facto Protections, and Anti-Discrimination Provisions of the Bankruptcy Code* [ECF No. 5].

6. **Insurance Motion.** *Debtors' Motion for Entry of Interim and Final Orders Authorizing, but not Directing, the Debtors to (A) Maintain Their Insurance Policies, and (B) Honor Obligations with Respect Thereto* [ECF No. 6].

7. **Taxes and Fees Motion.** *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees* [ECF No. 7].

8. **Ordinary Course of Business Motion.** *Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Continue Prepetition Business Operations, Policies and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis* [ECF No. 8].

9. **Cash Management Motion.** *Debtors' Motion for Entry of Interim and Final Orders Granting (A) Authority to (I) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (II) Implement Changes to the Cash Management System in the Ordinary Course of Business, (III) Continue Intercompany Transactions, and (IV) Provide Administrative Expense Priority for Postpetition Intercompany Claims, and (B) Relief from the Requirements of Section 345 of the Bankruptcy Code* [ECF No. 9].

10. **Cash Collateral Motion.** *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral and Affording Adequate Protection; (II) Modifying the Automatic Stay; and (III) Scheduling a Final Hearing* [ECF No. 10].

11. **Notice of Filing of Budget.** *Notice of Filing of Exhibit 1 to Debtors Motion for Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral and Affording Adequate Protection, (B) Modifying the Automatic Stay, and (C) Scheduling a Final Hearing* [ECF No. 15]

12. **DS Scheduling Motion.** *Debtors' Motion for Entry of (A) an Order (I) Scheduling a Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Plan, (II) Establishing Deadlines and Procedures to File Objections to the Disclosure Statement and Plan, (III) Approving the Solicitation Procedures, (IV) Approving the Form and Manner of Notice of the Combined Hearing, (V) Approving the Form and Manner of Notice of the Combined Hearing, (VI) Establishing Procedures for any Proposed Assumption and Cure of Executory Contracts and Unexpired Leases Pursuant to the Plan, (VII) Directing that a Meeting of Creditors not be Convened and (VIII) Granting Related Relief; and (B) An Order (I) Approving the Adequacy of the Disclosure Statement and (II) Confirming the Plan* [ECF No. 13].

II. **Related Pleadings:**

1. **First Day Declaration.** *Declaration of Esteban Moraga in Support of the Chapter 11 Petitions and Requests for First Day Relief* [ECF No. 14].

3

| | |
|---|---|
| Dated: November 30, 2023<br>New York, New York | Respectfully submitted,<br><br>*/s/ Oscar N. Pinkas*<br>Oscar N. Pinkas<br>Brian E. Greer<br>Leo Muchnik<br>Sara A. Hoffman<br>Jessica M. Wolfert<br>Greenberg Traurig, LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>Email:  PinkasO@gtlaw.com<br>           GreerB@gtlaw.com<br>           MuchnikL@gtlaw.com<br>           HoffmanS@gtlaw.com<br>           Jessica.Wolfert@gtlaw.com<br><br>*Proposed Attorneys for the Debtors*<br>*and Debtors in Possession* |